United States District Court
Southern District of Texas
**ENTERED**
December 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **YOVANI MONTEJO-DIEGUEZ,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:25-CV-05979** |
| § | |
| **KRISTI NOEM, *et al.*,** § | |
| § | |
| Respondents. § | |
| § | |

# ORDER

Before the Court is Petitioner Yovani Montejo-Dieguez's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Motion to Dismiss / Motion for Summary Judgment (ECF No. 6). After considering the briefing and the applicable law, the Court **GRANTS IN PART** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1). For the reasons previously articulated by this Court and by numerous other District Courts in the Southern District of Texas and across the country, the Court has determined that the Petitioner is properly subject to 8 U.S.C. § 1226(a), rather than 8 U.S.C. § 1225(b)(2). *See Mendez Velazquez v. Noem*, 4:25-cv-04527 (S.D. Tex. Oct. 30, 2025) (Ellison, J.); *Rivera-Henriquez v. Tate*, 4:25-CV-045436, (S.D. Tex. Sep. 26, 2025); *Buenrostro-Mendez v. Bondi*, No. CV H-25-3726, 2025 WL 2886346 (S.D. Tex. Oct. 7, 2025); *Fuentes v. Lyons et al.*, 25-cv-00153 (S.D. Tex. Oct. 16, 2025); *Lopez Benitez v. Francis*, No. 25 CIV. 5937 (DEH), 2025 WL 2371588, at *8 (S.D.N.Y. Aug. 13, 2025). The Court is persuaded by the reasoning in these decisions. The Court therefore **DENIES** Respondents' Motion to Dismiss (ECF No. 6).

It is hereby **ORDERED** that Respondents provide Petitioner with a bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) within five days, that is, by December 24, 2025, or else release Petitioner. It is further **ORDERED** that Respondents update the Court on the status of the bond hearing and Petitioner's custody status on December 29, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on December 19, 2025.

Keith P. Ellison
United States District Judge